ETHEL MASTER, Appellant, *v.* MARY HOROWITZ,
Respondent.

JOSEPH MASTER, Appellant, *v.* MARY HOROWITZ,
Respondent.

JACOB M. MASTER, Appellant, *v.* MARY HOROWITZ,
Respondent.

(Argued June 9, 1933; decided July 11, 1933.)

*Walter A. Fullerton* and *James A. Leary* for appellants. *J. Stanley Carter* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.